**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NEIL JUAN YLLESCAS-ISLAS,<br>Petitioner, | : | |
| v. | : | Civil No. 2:26-cv-06207-JLS |
| J.L. JAMISON, *et al*.,<br>Respondents. | : | |

**ORDER**

**AND NOW**, this 27th day of August, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 6), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

[1] The Court shall retain jurisdiction for ninety (90) days unless otherwise ordered.